**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TALENTSCALE, INC., | Case No. 1:25-mc-00117-UNA |
|        Plaintiff / Judgment-Creditor, | |
| v. | |
| AERY AVIATION, LLC, | |
|        Defendant / Judgment-Debtor. | |

**JUDGMENT-CREDITOR'S MOTION FOR JUDGMENT
AGAINST GARNISHEE CAPITAL BANK, N.A. AND FOR TURNOVER OF FUNDS**

Plaintiff / Judgment-Creditor Talentscale, Inc. ("Judgment-Creditor"), pursuant to Rule 69 of the Federal Rules of Civil Procedure, hereby moves for judgment against the Garnishee Capital Bank, N.A. ("Garnishee") for amounts owed to Judgment-Creditor by Defendant / Judgment-Debtor Aery Aviation, LLC ("Judgment-Debtor") and for turnover of funds. In support thereof, Plaintiff states:

1. On October 9, 2024, a Judgment was entered in favor of Judgment-Creditor and against Judgment-Debtor in the principal amount of $1,142,467.20, and the Final Judgment was registered in this Court on July 14, 2025. ECF No. 1.

2. The Judgment remains unsatisfied.

3. On August 7, 2025, the Clerk issued a Writ of Attachment on Judgment Other than Wages, Salary and Commissions, which was served on Garnishee. ECF No. 4.

4. On September 25, 2025, after service of the Writ, Garnishee filed an Answer with a declaration under penalty of perjury at ECF No. 5 and stated as follows:

**Interrogatory 1**: Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendants, and, if so, how, and in what amount?

**Answer to Interrogatory 1**: Yes, at the time of service of the Writ, and at the time of this Answer to the Writ, and in between said times, Garnishee held custody, possession or control of the following account in the District of Columbia with a value as of August 31, 2025:

| Account No. | Account Name/Title | State Where Account Is Located | Account Value |
|---|---|---|---|
| XXXXXXXX9918 | AERY AVIATION LLC C/O PRUDENT MANAGEMENT | District of Columbia | $3,106,949.17 |

**Interrogatory 2**: Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant in your possession or charge, and, if so, what?

**Answer to Interrogatory 2**: Yes, at the time of the service of the Writ, and at the time of this Answer to the Writ, and in between said times, Garnishee was in possession of the Account identified in the response to Interrogatory 1.

5.      Plaintiff is entitled to enforce the Judgment by executing against property of Judgment-Debtor.

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)    Enter judgment against the Garnishee and in favor of Judgment-Creditor in the amount of $1,142,467.20, together with post-judgment interest at 4.22% from October 9, 2024;

(B)    Order that Garnishee pay and turn over to Judgment-Creditor, in care of its counsel, the $1,142,467.20 together with post-judgment interest at 4.22% from October 9, 2024; and,

(C)    Grant such further relief as the Court deems just and proper.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase
D.C. Bar No. 985629
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Fax: (305) 402-2725
Email: kchase@chaselaw.com

*Counsel for*
*Judgment-Creditor Talentscale, Inc.*

## CERTIFICATE OF SERVICE

I, Kenneth E. Chase, hereby certify that I served the foregoing via CM/ECF on March 1, 2026.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase

3